IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TRA FARMS, INC.,

    Plaintiff,

v.                              CASE NO. 5:12-cv-378-MW/EMT

SYNGENTA SEEDS, INC.,
and VALDOSTA PLANT
COMPANY, INC.,

    Defendants.
_____/

## ORDER

Plaintiff filed a response, ECF No. 62, to Defendant Syngenta Seeds, Inc.'s motion to compel, ECF No. 56. Plaintiff acknowledges that it was unable to communicate with Defendant prior to filing its response but believes it has now fully and completely responded to all discovery requests. Counsel for Defendant is directed to file a notice with this Court on or before Monday, **February 3, 2014**, as to whether its motion to compel has been mooted or needs to be set for hearing.

**SO ORDERED on January 29, 2014.**

                                                    s/Mark E. Walker           
                                                    **United States District Judge**