IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

T R A FARMS, INC.,

      **Plaintiff,**

v.                                        CASE NO. 5:12-cv-378-MW/EMT

SYNGENTA SEEDS, INC., and
VALDOSTA PLANT COMPANY, INC.,

      **Defendants.**

_____/

## ORDER STRIKING DEFENDANTS' MEMORANDUM AND STATEMENT OF FACTS AND AMENDING SCHEDULING ORDER REGARDING DISPOSITIVE MOTIONS

Defendants moved for summary judgment on January 31, 2014, ECF No. 66, the deadline for filing such motions, ECF No. 47. In support of the Motion for Summary Judgment, Defendants filed a twenty-nine page Memorandum, ECF No. 67, and a separate fourteen page Statement of Facts, ECF No. 68, for a total of forty-three pages. Defendants did so in derogation of this Court's Scheduling and Mediation Order, ECF No. 20, which explicitly provides that a party must file "a memorandum of up to 25 pages . . . [and] must include a statement of facts generally in the form that would be appropriate in an appellate brief . . . . A statement of facts must not be set out in a separate document." Accordingly, this

1

Court strikes the Memorandum and Statement of Facts, ECF Nos. 67 and 68, and directs Defendants to resubmit a memorandum in compliance with this Court's Scheduling and Mediation Order on or before February 10, 2014.  The time for Plaintiff to file a response, fourteen days, shall run from the date Defendants resubmit a memorandum.

**SO ORDERED on February 3, 2014.**

**s/Mark E. Walker**
**United States District Judge**