**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**


**T R A FARMS, INC.,**

        **Plaintiff,**

**v.**                                   **CASE NO. 5:12-cv-378-MW/EMT**

**SYNGENTA SEEDS, INC., and
VALDOSTA PLANT COMPANY, INC.,**

        **Defendants.**

_____/

## ORDER DENYING MOTION TO COMPEL

      This Court has considered, without hearing, Defendant Syngenta Seeds,

Inc.'s Motion to Compel, ECF No. 56, filed on January 10, 2014. In light of

Defendant's "Notice" filed on February 1, 2014, ECF No. 75, the Motion is

**DENIED** as moot.

      **SO ORDERED on February 3, 2014.**

                                    **s/Mark E. Walker_____**
                                      **United States District Judge**