IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TRA FARMS, INC.,**

    **Plaintiff,**

v.                              CASE NO.  5:12-cv-378-MW/EMT

**SYNGENTA SEEDS, INC.,
and VALDOSTA PLANT
COMPANY, INC.,**

    **Defendants.**
_____/

**ORDER REFERRING CASE TO
MAGISTRATE JUDGE FOR
<u>SETTLEMENT CONFERENCE</u>**

At a telephone status conference on April 15, 2014, the parties agreed to a settlement conference before Magistrate Judge Charles A. Stampelos. Accordingly, the parties shall contact Judge Stampelos (850.521.3621) within 5 days of this order to schedule a settlement conference   Within 48 hours of scheduling the settlement conference, the parties shall file a notice advising this Court of the settlement conference date.

    **SO ORDERED on April 15, 2014.**

                                           **s/Mark E. Walker               
                                           United States District Judge**